**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CLOUDERA, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 1:19-cv-01422-VAC (Consolidated) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), all claims asserted in the above-captioned action are voluntarily dismissed without prejudice, with each party to bear its own fees and costs. Nominal Defendant Cloudera, Inc. has been acquired in a cash-out merger that closed on October 8, 2021, leaving this action without a stockholder who has standing. Further, no consideration has been given, offered, or promised to Plaintiffs or Plaintiffs' attorneys in connection with this dismissal.

| BIELLI & KLAUDER, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Ryan M. Ernst | /s/ Sabrina M. Hendershot |
| Ryan M. Ernst (#4788) | R. Judson Scaggs, Jr. (#2676) |
| 1204 N. King Street | Susan W. Waesco (#4476) |
| Wilmington, DE 19801 | Sabrina M. Hendershot (#6286) |
| (302) 803-4600 | 1201 N. Market Street |
| rernst@bk-legal.com | P.O. Box 1347 |
| | Wilmington, DE 19801 |
| *Attorney for Plaintiffs* | (302) 658-9200 |
| | rscaggs@morrisnichols.com |
| | swaesco@morrisnichols.com |
| | shendershot@morrisnichols.com |
| | *Attorney for Defendants* |

- 2 -

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Thomas J. McKenna<br>GAINEY McKENNA & EGLESTON<br>501 5th Avenue, 19th Floor<br>New York, NY 10017<br>(212) 983-1300<br>tjmckenna@gme-law.com | Anna Erickson White<br>Ryan M. Keats<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94100<br>(415) 268-7000<br>awhite@mofo.com<br>rkeats@mofo.com |
| Matthew M. Houston<br>Benjamin I. Sachs-Michaels<br>GLANCY PRONGAY & MURRAY LLP<br>712 Fifth Avenue<br>New York, NY 10019<br>(212) 935-7400<br>bsachsmichaels@glancylaw.com | |
| Robert V. Prongay<br>Pavithra Rajesh<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>(310) 201-9150<br>rprongay@glancylaw.com<br>prajesh@glancylaw.com | |

August 4, 2022

IT IS SO ORDERED this ____ day of _____, 2022.

_____
The Honorable Richard G. Andrews